```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12637
  PATRICIA MARY ROSS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

           Debtor
     SSN XXX-XX-8916

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/16/08 and confirmed on 08/08/08.

     2.  The case was converted to Chapter 7 after confirmation, 02/02/2009.

     3.  The Debtor paid a total of $   8940.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 5517.52 | .00 | 5517.52 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | 1787.96 | .00 | 1787.96 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 1500.00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 12000.00 | .00 | 1116.00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20805.48 | .00 | .00 | .00 | 20805.48 |
| PRINCIPAL PAID | 8421.48 | .00 | .00 | .00 | 8421.48 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8421.48 | .00 | .00 | .00 | 8421.48 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $   3500.00  direct and $       .00  through the plan.

The Trustee received $    518.52 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 08 B 12637 PATRICIA MARY ROSS